United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 25-12261-djb
Alanna T. Mitchell                                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alanna T. Mitchell, 1527 Belmont Avenue, Philadelphia, PA 19104-1035 |
| 15015808 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15015812 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15015815 | + | Syncb/Verizon, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15015817 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15015792 | | Email/Text: bncnotifications@pheaa.org | Oct 24 2025 00:36:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15015793 | | Email/Text: bncnotifications@pheaa.org | Oct 24 2025 00:36:00 | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15015795 | | Email/Text: megan.harper@phila.gov | Oct 24 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15015794 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 00:46:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15019846 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2025 00:35:19 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15018582 | | Email/Text: mrdiscen@discover.com | Oct 24 2025 00:35:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 15015796 | | Email/Text: bankruptcy@philapark.org | Oct 24 2025 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15015797 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2025 00:36:00 | Comenity Bank / The Limited, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15015798 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2025 00:36:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15015799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2025 00:36:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15015800 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 24 2025 00:36:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 15015801 | | Email/Text: mrdiscen@discover.com | Oct 24 2025 00:35:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15015803 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 00:45:54 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |

Case 25-12261-djb   Doc 29   Filed 10/25/25   Entered 10/26/25 00:38:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 33 |

| | | | |
|---|---|---|---|
| 15015802 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15033966 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 00:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15033972 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 00:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15015804 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2025 00:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15015805 | + Email/PDF: Bankruptcy_Prod@mohela.com | Oct 24 2025 00:46:38 | Mohelaservcn, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15015806 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 24 2025 00:47:12 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15015807 | Email/Text: bnc@nordstrom.com | Oct 24 2025 00:36:17 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15033804 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 00:36:00 | Nordstrom, Inc., Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15015811 | Email/Text: CollectionsDept@PFCU.COM | Oct 24 2025 00:36:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15015809 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15015810 | ^ MEBN | Oct 24 2025 00:29:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15015813 | Email/Text: bankruptcy@philapark.org | Oct 24 2025 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15015814 | + Email/Text: bankruptcy1@pffcu.org | Oct 24 2025 00:36:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15024503 | + Email/Text: bankruptcy1@pffcu.org | Oct 24 2025 00:36:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15015815 | ^ MEBN | Oct 24 2025 00:29:45 | Syncb/Verizon, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15015816 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 24 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: 155 | Total Noticed: 33 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2025         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

**Name**  **Email Address**

ANNE M. AARONSON
on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Alanna T. Mitchell help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Alanna T. Mitchell  )  Case No. 25−12261−djb
   )
   )
Debtor(s).  )  Chapter: 13
   )
   )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 23, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court